UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Ronald Hayes,

    Plaintiff,

v.

Ramsey County Work House,

    Defendant.

_____

Civil No. 13cv00885 SRN/JJK

**ORDER**

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated May 2, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

    **IT IS HEREBY ORDERED** that:

    1. Plaintiff's application for leave to proceed <u>in forma pauperis</u>, (Docket No. 2), is DENIED; and

    2. This action is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 23, 2013

                                            <u>s/Susan Richard Nelson</u>
                                            SUSAN RICHARD NELSON
                                            United States District Judge